UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | MAGISTRATE NO. 18-4513-01(LHG) |
| : | |
| v. : | ORDER |
| Gabriel Acosta Villa : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __18__ day of __June__, 2018,

ORDERED that __Brian Reilly, Esq.__ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
LOIS H. GOODMAN
United States Magistrate Judge